**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TOMMY LEE MCGUIRE, | ) | No. SACV 08-1256-JSL(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KEN CLARK, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>January 7, 2013</u>

*Spencer Letts*

J. SPENCER LETTS
United States District Judge